

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-25,667-03

### EX PARTE TERRY LYNN DAVIS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 23110A-422 IN THE 422ND DISTRICT COURT
### FROM KAUFMAN COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of a controlled substance and sentenced to imprisonment for life. The Fifth Court of Appeals affirmed his conviction. *Davis v. State*, No. 05-06-00527-CR (Tex. App.—Dallas June 2007, no pet.).

On March 22, 2013, the trial court signed an order designating issues. The habeas record has been forwarded to this Court prematurely. We remand this application to the 422nd District Court of Kaufman County to allow the trial judge to complete an evidentiary investigation and enter

findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: October 8, 2014
Do not publish